UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SEAN LEE STRANDBERG, #807970, )<br>    Petitioner, )<br>)<br>-v- )<br>)<br>CARMEN PALMER, )<br>    Respondent. )<br>_____ ) | No. 1:16-cv-211<br><br>Honorable Paul L. Maloney |

# JUDGMENT

The Court has denied Strandberg's § 2254 petition for habeas relief. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: June 9, 2017              /s/ Paul L. Maloney
                       Paul L. Maloney
                       United States District Judge